| | |
|---|---|
| POTTER HANDY LLP<br>MARK D. POTTER (166317)<br>(mark@potterhandy.com)<br>JAMES M. TREGLIO (228077)<br>(jimt@potterhandy.com)<br>ISABEL ROSE MASANQUE (292676)<br>(isabelm@potterhandy.com)<br>JASON KYLE MASANQUE (351792)<br>(jasonm@potterhandy.com)<br>100 Pine St., Ste 1250<br>San Francisco, CA 94111<br>Tel: (415) 534-1911<br>Fax: (888) 422-5191<br><br>Attorneys for Plaintiff<br>CONNIE JOHNSON | COOLEY LLP<br>BENEDICT HUR (224018)<br>(bhur@cooley.com)<br>SIMONA AGNOLUCCI (246943)<br>(sagnolucci@cooley.com)<br>JOSHUA ANDERSON (312836)<br>(joshua.anderson@cooley.com)<br>TIFFANY M. LIN (321472)<br>(tiffany.lin@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:   +1 415 693 2222<br><br>Attorneys for Defendant<br>SHOPIFY INC.<br><br>CONRAD \| METLITZKY \| KANE LLP<br>MARK R. CONRAD (255667)<br>(mconrad@conmetkane.com)<br>GRACE YANG (286635)<br>(gyang@conmetkane.com)<br>WILLIAM J. COOPER (304524)<br>(wcooper@conmetkane.com)<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Tel: (415) 343-7100<br>Fax: (415) 343-7101<br><br>Attorneys for Defendant<br>BEYOND, INC. DBA OVERSTOCK.COM |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE JOHNSON, an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEYOND, INC., DBA OVERSTOCK.COM, a Delaware corporation; SHOPIFY INC., a Canadian corporation; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:25-CV-03327-CSK<br><br>**JOINT STIPULATION AND ORDER RE: DEFENDANTS' RESPONSIVE PLEADING DEADLINE**<br><br>Date Action Filed: August 13, 2025<br>Judge: Hon. Chi Soo Kim<br>Courtroom: 25, 8th Floor |

Pursuant to Civil Local Rules 143 and 144, Plaintiff Connie Johnson ("Plaintiff") and Defendants Shopify Inc. ("Shopify") and Bed Bath & Beyond, Inc., dba Overstock.com ("Overstock"), having met and conferred, hereby agree and stipulate as follows.

Pursuant to Federal Rule of Civil Procedure 81(c), Overstock's deadline to respond to Plaintiff's Amended Class Action Complaint is November 25, 2025, whereas Shopify's deadline is December 3, 2025.

In light of the upcoming holidays, the availability of counsel, and to promote judicial efficiency, the parties agree to extend Shopify and Overstock's deadline to answer or otherwise respond to Plaintiff's Amended Class Action Complaint to January 22, 2026.

No prior extensions have been requested or granted. Civ. L. R. 144(b).

IT IS SO STIPULATED.

DATED: November 20, 2025          By: */s/ Mark D. Potter* (as authorized on November 20, 2025)
                                       Mark D. Potter
                                       *Attorneys for Plaintiff*

DATED: November 20, 2025          By: */s/ Benedict Y. Hur*
                                       Benedict Y. Hur
                                       *Attorneys for Shopify Inc.*

DATED: November 20, 2025          By: */s/ Grace Yang* (as authorized on November 20, 2025)
                                       Grace Yang
                                       *Attorneys for Bed, Bath & Beyond, Inc.*

**IT IS SO ORDERED**.

DATED:  November 25, 2025

The Honorable Chi Soo Kim
United States Magistrate Judge

4, john3327.25

**JOINT STIPULATION AND** ~~**PROPOSED**~~ **ORDER RE: RESPONSIVE PLEADING DEADLINE**