| | |
|---|---|
| POTTER HANDY LLP<br>MARK D. POTTER (166317)<br>(mark@potterhandy.com)<br>JAMES M. TREGLIO (228077)<br>(jimt@potterhandy.com)<br>ISABEL ROSE MASANQUE (292676)<br>(isabelm@potterhandy.com)<br>JASON KYLE MASANQUE (351792)<br>(jasonm@potterhandy.com)<br>100 Pine St., Ste 1250<br>San Francisco, CA 94111<br>Tel: (415) 534-1911<br>Fax: (888) 422-5191<br><br>Attorneys for Plaintiff<br>CONNIE JOHNSON | COOLEY LLP<br>BENEDICT HUR (224018)<br>(bhur@cooley.com)<br>SIMONA AGNOLUCCI (246943)<br>(sagnolucci@cooley.com)<br>JOSHUA ANDERSON (312836)<br>(joshua.anderson@cooley.com)<br>TIFFANY M. LIN (321472)<br>(tiffany.lin@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:   +1 415 693 2222<br><br>Attorneys for Defendant<br>SHOPIFY INC.<br><br>CONRAD \| METLITZKY \| KANE LLP<br>MARK R. CONRAD (255667)<br>(mconrad@conmetkane.com)<br>GRACE YANG (286635)<br>(gyang@conmetkane.com)<br>WILLIAM J. COOPER (304524)<br>(wcooper@conmetkane.com)<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Tel: (415) 343-7100<br>Fax: (415) 343-7101<br><br>Attorneys for Defendant<br>BED BATH & BEYOND, INC., DBA OVERSTOCK.COM |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE JOHNSON, an individual and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>BED BATH & BEYOND, INC., DBA OVERSTOCK.COM, a Delaware corporation; SHOPIFY INC., a Canadian corporation; and DOES 1-100, inclusive,<br><br>  Defendants. | Case No. 2:25-CV-03327-DJC-CSK<br><br>**FURTHER JOINT STIPULATION AND ORDER RE: RESPONSIVE PLEADING DEADLINE AND DEADLINE FOR RULE 26(F) REPORT**<br><br>Date Action Filed: August 13, 2025<br>Judge: Hon. Daniel J. Calabretta<br>Courtroom: 7, 14th Floor |

1  Pursuant to Civil Local Rules 143 and 144, Plaintiff Connie Johnson ("Plaintiff") and Defendants Shopify Inc. ("Shopify") and Bed Bath & Beyond, Inc., dba Overstock.com ("Overstock"), having met and conferred, hereby agree and stipulate as follows.

In the above-captioned matter, Overstock's original deadline to respond to Plaintiff's Amended Class Action Complaint was November 25, 2025, and Shopify's original deadline to respond was December 3, 2025;

On November 25, 2025, the Court granted the parties' stipulated request to extend Shopify and Overstock's deadline to answer or otherwise respond to Plaintiff's Amended Class Action Complaint—to January 22, 2026 (Dkt. No. 12);

On November 26, 2025, the Court issued an Initial Case Management Order, under which all parties must submit a joint Federal Rule of Civil Procedure 26(f) report by January 13, 2026 (Dkt. No. 14);

To conserve resources and promote judicial efficiency, the parties have met and conferred further and now jointly request to modify the deadlines below as follows, so that Defendants' anticipated motion to compel arbitration is briefed and decided first and the parties' Rule 26(f) conference and the subsequent case management conference are informed by the Court's ruling on any motion to dismiss, should one be necessary following Defendants' motion to compel arbitration:

- Defendants must bring any motion to compel arbitration **by January 22, 2026;**
- Defendants must answer or otherwise respond to Plaintiff's Amended Class Action Complaint **within five weeks after the Court's order deciding Defendants' motion to compel arbitration;**
- The parties' joint Rule 26(f) report is due **within five weeks after the Court's order deciding any motion to dismiss by Defendants.**

Only one prior extension has been granted, as discussed above for Defendants' original deadlines to respond. *See* Dkt. No. 12; Civ. L. R. 144(b).

IT IS SO STIPULATED.

//

2   **FURTHER JOINT STIPULATION AND ORDER**

| | | |
|---|---|---|
| DATED: December 31, 2025 | By: | */s/ James D. Treglio* (as authorized on December 31, 2025)<br>James M. Treglio<br>*Attorneys for Plaintiff* |
| DATED: December 31, 2025 | By: | */s/ Benedict Y. Hur* (as authorized on December 31, 2025)<br>Benedict Y. Hur<br>*Attorneys for Shopify Inc.* |
| DATED: December 31, 2025 | By: | */s/ Grace Yang*<br>Grace Yang<br>*Attorneys for Bed, Bath & Beyond, Inc.* |

**IT IS SO ORDERED.**

Dated:  December 31, 2025        /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE